

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2020

No. 04-19-00764-CV

Nancy **ALANIS,**
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION** as Trustee for the Pooling and
Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006-NC3 Mortgages Pass Through Certificates, Series 2006 NC3, Mackie Wolf Zientz &
Mann, PC, and Ocwen Loan Servicing, LLC.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03042
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On July 3, 2020 appellant's attorney, Ms. Susan J. Clouthier, filed a motion to withdraw
as counsel, which substantially complies with TEX. R. APP. P. 6.5. The motion is GRANTED,
and it is ORDERED that Ms. Susan J. Clouthier is withdrawn as counsel of record for appellant.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of August, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court